# UNITED STATES BANKRUPTCY COURT
## WESTERN **DISTRICT OF** WASHINGTON

|   |   |   |
|---|---|---|
| In re: | § | |
| | § | |
| ADOPTION ADVOCATES | § | Case No. 14-12081 |
| INTERNATIONAL | § | |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOHN S. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 152,445.57
*(Without deducting any secured claims)*

Assets Exempt: 0.00

Total Distributions to Claimants: 215,553.74

Claims Discharged
Without Payment: 618,248.58

Total Expenses of Administration: 57,153.11

---

3) Total gross receipts of $ 272,706.85 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 272,706.85 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 235,953.59 | $ 152,670.51 | $ 146,238.43 | $ 146,238.43 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 57,153.11 | 57,153.11 | 57,153.11 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 65,411.75 | 176,427.92 | 155,563.09 | 69,315.31 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 187,618.51 | 461,622.01 | 216,473.54 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 488,983.85 | $ 847,873.55 | $ 575,428.17 | $ 272,706.85 |

4) This case was originally filed under chapter 7 on 03/21/2014 . The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/07/2017  By:/s/JOHN S. PETERSON

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Commercial office building located at 709 South Pe | 1110-000 | 269,000.00 |
| Miscellaneous Office Furniture and Supplies Includ | 1129-000 | 3,000.00 |
| DONATION | 1221-000 | 606.85 |
| REFUND | 1290-000 | 100.00 |
| **TOTAL GROSS RECEIPTS** | | **$272,706.85** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State of Washington Departmet of Revenue P.O. Box 34949 Seattle, WA 98124-1949 | | 30,983.50 | NA | NA | 0.00 |
| | US Bank Bankruptcy Department PO Box 5229 Cincinnati, OH 45201 | | 204,970.09 | NA | NA | 0.00 |
| | US BANK | 4110-000 | NA | 128,938.65 | 128,938.65 | 128,938.65 |
| 41 | IPFS CORPORATION | 4210-000 | NA | 6,432.08 | 0.00 | 0.00 |
| | CLALLAM TREASURER | 4700-000 | NA | 17,299.78 | 17,299.78 | 17,299.78 |
| TOTAL SECURED CLAIMS | | | $ 235,953.59 | $ 152,670.51 | $ 146,238.43 | $ 146,238.43 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN S. PETERSON | 2100-000 | NA | 16,885.17 | 16,885.17 | 16,885.17 |
| JOHN S. PETERSON | 2200-000 | NA | 1,732.58 | 1,732.58 | 1,732.58 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | NA | 108.19 | 108.19 | 108.19 |
| OREGON MUTUAL GROUP | 2420-000 | NA | 361.00 | 361.00 | 361.00 |
| OREGON MUTULA INS. | 2420-000 | NA | -181.00 | -181.00 | -181.00 |
| OLYMPIC PENINSULA TITLE | 2500-000 | NA | 828.30 | 828.30 | 828.30 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PENINSULA TITLE | 2500-000 | NA | 562.02 | 562.02 | 562.02 |
| UNION BANK | 2600-000 | NA | 2,479.63 | 2,479.63 | 2,479.63 |
| CLERK | 2700-000 | NA | 11.00 | 11.00 | 11.00 |
| CLALLAM COUNTY | 2820-000 | NA | 5,036.23 | 5,036.23 | 5,036.23 |
| ALAN J. WENOKUR | 3210-000 | NA | 5,485.00 | 5,485.00 | 5,485.00 |
| ALAN J. WENOKUR | 3220-000 | NA | 66.70 | 66.70 | 66.70 |
| QUACKENBUSH HANSEN & COGAR, PLLC | 3410-000 | NA | 4,929.00 | 4,929.00 | 4,929.00 |
| QUACKENBUSH HANSEN & COGAR, PLLC | 3420-000 | NA | 19.29 | 19.29 | 19.29 |
| WINDERMER/REMAX | 3510-000 | NA | 18,830.00 | 18,830.00 | 18,830.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 57,153.11 | $ 57,153.11 | $ 57,153.11 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Linda Lyver PO Box 1312 Port Angeles, WA 98362 | | 0.00 | NA | NA | 0.00 |
| | Linda Neruba c/o Kevin R. Hansen, PLLC 1607 E Front Street, Ste. C Port Angeles, WA 98362 | | 300.00 | NA | NA | 0.00 |
| | Mekete Faris Mulleta c/o Kevin R. Hansen, PLLC 1607 E. Front Street, Ste. C Port Angeles, WA 98362 | | 12,475.00 | NA | NA | 0.00 |
| | State of Washington Departmet of Revenue P.O. Box 34949 Seattle, WA 98124-1949 | | 526.00 | NA | NA | 0.00 |
| | Washington State Department of Revenue 2101 4th Avenue, Suite 1400 Seattle, WA 98121-2300 | | 0.00 | NA | NA | 0.00 |
| | Washington State Dept. of Revenue PO Box 34052 Seattle, WA 98124-1052 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Washington State Dept. of Revenue PO Box 34052 Seattle, WA 98124-1052 | | 0.00 | NA | NA | 0.00 |
| | Washington State Dept. of Revenue PO Box 34052 Seattle, WA 98124-1052 | | 0.00 | NA | NA | 0.00 |
| | Yvette Nichols 1029 West 13th Street Port Angeles, WA 98363 | | 854.54 | NA | NA | 0.00 |
| 20 | BRADLEY J. COLLINS | 5300-000 | 276.33 | 300.00 | 300.00 | 202.05 |
| 08 | CAROLA GAY KNUTSON | 5300-000 | 0.00 | 2,188.33 | 2,188.33 | 1,473.84 |
| AUTO | INTERNAL REVENUE SERVICE | 5300-000 | NA | NA | 4,094.25 | 4,094.25 |
| 12 | JOHANNA SCULLEY | 5300-000 | 466.87 | 466.87 | 466.87 | 314.43 |
| 11 | KATHY SCULLEY | 5300-000 | 1,274.65 | 1,274.55 | 1,274.55 | 858.41 |
| 21 | KY BOWER | 5300-000 | 1,220.60 | 1,220.60 | 1,220.60 | 822.07 |
| 13 | LINDA LYVER | 5300-000 | NA | 841.88 | 841.88 | 567.00 |
| 03 | RENA GRANT | 5300-000 | 2,625.91 | 4,877.66 | 4,877.83 | 3,285.25 |
| 33A | RENEE CROW | 5300-000 | NA | 1,422.66 | 1,422.66 | 0.00 |
| 35 | SALEM MILLER | 5300-000 | 958.85 | 1,369.79 | 1,369.79 | 922.55 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 25A | TIM LAPLANTE AND GARY HREN | 5300-000 | NA | 678.61 | 678.61 | 0.00 |
| 32 | ADAM & KAREN LADUKE | 5600-000 | NA | 13,890.00 | 2,775.00 | 2,775.00 |
| 22 | JEFERY & AMANDA SPANGLER | 5600-000 | 5,000.00 | 7,500.00 | 2,775.00 | 2,775.00 |
| 26 | JOEL & HEATHER BEERS | 5600-000 | 5,800.00 | 5,000.00 | 2,775.00 | 2,775.00 |
| 28 | JOELY O'NEAL | 5600-000 | NA | 5,500.00 | 2,775.00 | 2,775.00 |
| 44 | KEITH DAVID ELLISTON | 5600-000 | NA | 1,300.00 | 1,300.00 | 1,300.00 |
| 19AMENDED | KEVIN DEAN AND MELISSA KRULIK | 5600-000 | NA | 2,850.00 | 2,775.00 | 2,775.00 |
| 46 | LAUREN LYNN ELLISTON KEITH DAVID EL | 5600-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| AUTO | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | NA | NA | 752.38 | 752.38 |
| AUTO | INTERNAL REVENUE SERVICE | 5800-000 | NA | NA | 959.30 | 959.30 |
| 10 | WA DEPARTMENT OF REVENUE | 5800-000 | 33,633.00 | 117,441.04 | 117,441.04 | 37,388.78 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 65,411.75 | $ 176,427.92 | $ 155,563.09 | $ 69,315.31 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Department 5407 Andrews Highway Midland, TX 79706-2851 | | 149.82 | NA | NA | 0.00 |
| | Adam & Karen LaDuke P.O. Box 167 Alexander, NY 14005-0167 | | 0.00 | NA | NA | 0.00 |
| | Andrew & Corrie Urrutia 5127 Cedar Mill Lane Indianapolis, IN 46237-8664 | | 0.00 | NA | NA | 0.00 |
| | Andrew & Corrie Urrutia 5127 Cedar Mill Lane Indianapolis, IN 46237-8664 | | 350.00 | NA | NA | 0.00 |
| | Andrew & Dustine Kimmel 6426 SE Mullenix Road Port Orchard, WA 98367-9768 | | 0.00 | NA | NA | 0.00 |
| | Arnold & Christa Pizzutelli 8901 Eby Street Overland Park, KS 66212-3640 | | 0.00 | NA | NA | 0.00 |
| | Ayla Madison 133  124th Street SE, Apt. F-102 Everett, WA 98208 | | 265.08 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ayla Madison 133 - 124th Street SE, Apt. F-102 Everett, WA 98208 | | 255.80 | NA | NA | 0.00 |
| | Benjamin Admussen Karin Borowiwicz Belchertown, MA 01007 | | 0.00 | NA | NA | 0.00 |
| | Berhane Little 132 - 35th Street Port Townsend, WA 98368 | | 15,121.04 | NA | NA | 0.00 |
| | Bob & Kelly Adams 11550 36th Avenue NE Seattle, WA 98125 | | 500.69 | NA | NA | 0.00 |
| | Brad & Lisa Henderson 921 University Street Walla Walla, WA 99362-2342 | | 0.00 | NA | NA | 0.00 |
| | Bradford & Stephanie Schneider 6489 Camino del Parque Carlsbad, CA 92011-2464 | | 0.00 | NA | NA | 0.00 |
| | Brant & Melissa Brooks 2440 Ouagadougou Place Dulles, VA 20189-2439 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Brett & Karin Peeling 5134 Woodmire Lane Alexandria, VA 22311-1318 | | 0.00 | NA | NA | 0.00 |
| | Brian & Christa Hutzler 112 Harrop Dun Court Candler, NC 28715 | | 0.00 | NA | NA | 0.00 |
| | Brian & Mary Courcelle 14 Hoolet Court Candler, NC 28715 | | 0.00 | NA | NA | 0.00 |
| | Brian & Mary Courcelle 14 Hoolet Court Candler, NC 28715 | | 350.00 | NA | NA | 0.00 |
| | Brian & Shonah Grant 5543 West Leland Avenue Chicago, IL 60630 | | 0.00 | NA | NA | 0.00 |
| | Brian & Tiffany Lindner 140 Plateau Lane Pocahontas, AR 72455 | | 5,500.00 | NA | NA | 0.00 |
| | Brian and Tiffany Linder 140 Plateau Lane Pocahontas, AR 72455 | | 5,500.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Canon Financial Services 14904 Collections Center Drive Chicago, IL 60693-0149 | | 461.78 | NA | NA | 0.00 |
| | Canon Financial Services 14904 Collections Center Drive Chicago, IL 60693-0149 | | 461.78 | NA | NA | 0.00 |
| | CenturyLink PO Box 91155 Seattle, WA 98111-9255 | | 453.03 | NA | NA | 0.00 |
| | CenturyLink PO Box 91155 Seattle, WA 98111-9255 | | 451.69 | NA | NA | 0.00 |
| | Christopher & Jessica Fitzgerald 502 Honey Creek Place Athens, GA 30605-4597 | | 0.00 | NA | NA | 0.00 |
| | Christopher & Katharine Meuzelaar 3461 Dorchester Way Madison, WI 53719 | | 0.00 | NA | NA | 0.00 |
| | Christopher & Katharine Meuzelaar 3461 Dorchester Way Madison, WI 53719 | | 350.00 | NA | NA | 0.00 |
| | Christopher and Sheila Carlberg 48 Quiet Cove Concord, NC 28027 | | 2,032.45 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Port Angeles PO Box 1150 Port Angeles, WA 98362 | | 304.19 | NA | NA | 0.00 |
| | DM Disposal Company, Inc. A Waste Connections Company PO Box 60248 IL 60248 | | 14.10 | NA | NA | 0.00 |
| | Debra Scott 12924 - 64th Avenue SE Snohomish, WA 98296 | | 670.41 | NA | NA | 0.00 |
| | Debra Scott 12924 - 64th Avenue SE Snohomish, WA 98296 | | 592.36 | NA | NA | 0.00 |
| | Federal Express PO Box 94515 Palatine, IL 60094-4515 | | 673.42 | NA | NA | 0.00 |
| | Feng Li Li PO Box 5020, PMB 1080 Rancho Santa Fe, CA 92067 | | 4,318.96 | NA | NA | 0.00 |
| | Gary Hren & Timothy LaPlante 9836 21st Avenue SW Seattle, WA 98106 | | 678.61 | NA | NA | 0.00 |
| | Glen Voelz and Susan Conrad CMR 427, Box 3146 APO, AE 09630 | | 3,302.74 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Gregory & Airen Spires 1433 Oleander Street Medford, OR 97504 | | 0.00 | NA | NA | 0.00 |
| | Gregory & Airen Spires 1433 Oleander Street Medford, OR 97504 | | 351.00 | NA | NA | 0.00 |
| | James & Michelle Tanis 45814 Shumard Oak Lane Sterling, VA 20164-4640 | | 0.00 | NA | NA | 0.00 |
| | James & Nicole Figueroa 3325 C Hancock Place Honolulu, HI 96818 | | 0.00 | NA | NA | 0.00 |
| | James & Rachel Harris 14302 126th Avenue NE, E-102 Kirkland, WA 98034 | | 423.68 | NA | NA | 0.00 |
| | James Cornell 5220 South Doss Road Port Angeles, WA 98362 | | 1,280.21 | NA | NA | 0.00 |
| | James and Dixie Davis PO Box 42 Maryville, MO 64468 | | 1,016.23 | NA | NA | 0.00 |
| | Jason & Joely O'Neal 13897 County Road 1564 Ada, OK 74820-3450 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jason Troupe & Maria Stitzel 331 Lewis Avenue Bremerton, WA 98310 | | 1,386.60 | NA | NA | 0.00 |
| | Jason and Kristen Pon 354 Chadwick Shores Drive Sneads Ferry, NC 28460 | | 2,688.49 | NA | NA | 0.00 |
| | Jefery & Amanda Spangler 7407A Metzger Avenue Jber, AK 99506 | | 5,000.00 | NA | NA | 0.00 |
| | Jim Conery & Sang Yun 3530 NE 147th Street Seattle, WA 98155 | | 500.69 | NA | NA | 0.00 |
| | Jim Conery & Sang Yun 3530 NE 147th Street Seattle, WA 98155 | | 157.08 | NA | NA | 0.00 |
| | Joel & Heather Beers 239 Old Fields Road South Berwick, ME 03908 | | 5,800.00 | NA | NA | 0.00 |
| | John & Laura Gauderman 1912 Briarwood Circle Munster, IN 46321 | | 0.00 | NA | NA | 0.00 |
| | John and Laura Lamb 1600 Frostwood Drive Tyler, TX 75703 | | 1,016.23 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jon and Elizabeth Johnson 1402 White Star Lane Tallahassee, FL 32312 | | 2,000.00 | NA | NA | 0.00 |
| | Jonas Bronk & Alexandra Bresnan 13045 Pacific Promenade Unit 118 Los Angeles, CA 90094-2901 | | 0.00 | NA | NA | 0.00 |
| | Jordan and Jillian Hudson 1901 Wycliffe Dalton, GA 30720 | | 2,159.48 | NA | NA | 0.00 |
| | Jose Reyes-Tomassini & George Yang 6684 Richards Avenue SE Port Orchard, WA 98367-9029 | | 0.00 | NA | NA | 0.00 |
| | Joseph & Cristine Dorsey 1021 Iris Court Carlsbad, CA 92011-4824 | | 0.00 | NA | NA | 0.00 |
| | Justin & Heather Johnson 202 South Water Street Cambridge, IA 50046 | | 0.00 | NA | NA | 0.00 |
| | Kandi Collins 1422 S. Tyler Street Tacoma, WA 98405 | | 500.69 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Kartik Jayaram & Sonali Murthy 1616 N. Hudson Avenue, #8 Chicago, IL 60614 | | 0.00 | NA | NA | 0.00 |
| | Kenneth & Loretta Chase 293 Winter Wheat Way Saratoga Springs, UT 84045-5949 | | 0.00 | NA | NA | 0.00 |
| | Kenneth Bagonza Kampala, Uganda | | 1,300.00 | NA | NA | 0.00 |
| | Kevin & Melissa Krulik 303 East Washington Street Lebanon, IN 46052-2213 | | 0.00 | NA | NA | 0.00 |
| | Kristen Harmon 6813 Vale Summit Lane Middletown, MD 21769 | | 5,618.75 | NA | NA | 0.00 |
| | Li Jianxin 3-501 Jin Zhan Jie Da Shi, Toron, Pan Yu District Guangzhou, PRC 511431 | | 1.00 | NA | NA | 0.00 |
| | Lincoln Street Station 403 South Lincoln Street, Suite 4 Port Angeles, WA 98362 | | 13.22 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Madeleine P. Neault 617 - 38th Street Anacortes, WA 98221-3604 | | 0.00 | NA | NA | 0.00 |
| | Margo Short 4522 Starlight Circle Enid, OK 73703 | | 0.00 | NA | NA | 0.00 |
| | Margo Short 4522 Starlight Circle Enid, OK 73703 | | 350.00 | NA | NA | 0.00 |
| | Mark & Jennifer Bettinger 11 Kickapoo Place Charleston, IL 61920 | | 3,201.11 | NA | NA | 0.00 |
| | Mark & Michele Weeks 22 Bunting Lane Beckley, WV 25801 | | 0.00 | NA | NA | 0.00 |
| | Mark & Michele Weeks 22 Bunting Lane Beckley, WV 25801 | | 350.00 | NA | NA | 0.00 |
| | Mark & Tracy Freckleton 2083 NW Misty Ridge Lane Silverdale, WA 98383 | | 728.88 | NA | NA | 0.00 |
| | Mark Rosseter & Susan Lippold 2564 McKinnon Drive Decatur, GA 30030 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark and Lynn Faggion 315 Deerfield Drive Clayton, NC 27527 | | 1,651.37 | NA | NA | 0.00 |
| | Mary A. Kimsey 4214 NE 2nd Street Renton, WA 98059 | | 210.50 | NA | NA | 0.00 |
| | Mary Manhardt 141 East Third Street Apartment 7C New York, NY 10009-7308 | | 0.00 | NA | NA | 0.00 |
| | Mary Miyakawa 350 Zillig Road Kelso, WA 98626 | | 239.90 | NA | NA | 0.00 |
| | Matthew & Gina MacConnell 81-900 Mountain View Lane La Quinta, CA 92253 | | 0.00 | NA | NA | 0.00 |
| | Matthew & Gina MacConnell 81-900 Mountain View Lane La Quinta, CA 92253 | | 700.00 | NA | NA | 0.00 |
| | Michael & Amy Geer 251 Melina Lane Seguin, TX 78155 | | 0.00 | NA | NA | 0.00 |
| | Michael & Amy Geer 251 Melina Lane Seguin, TX 78155 | | 700.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael & Jennifer Cassidy 300 Grace Church Street Rye, NY 10580-4202 | | 0.00 | NA | NA | 0.00 |
| | Michael & Stephanie Stout 7706 Mount Clare Road Mount Clare, WV 26408 | | 5,500.00 | NA | NA | 0.00 |
| | Natalie & Michelle Lente 23813  45th Place W. Mountlake Terrace, WA 98043 | | 423.68 | NA | NA | 0.00 |
| | Nathan & Amber West 117 Veebelt Drive Hendersonville, TN 37075 | | 0.00 | NA | NA | 0.00 |
| | Nathan & Ashley Rippke 2785 Jacob Drive Thompsons Station, TN 37179 | | 0.00 | NA | NA | 0.00 |
| | Nathan & Ashley Rippke 2785 Jacob Drive Thompsons Station, TN 37179 | | 350.00 | NA | NA | 0.00 |
| | Nicholas & Kate Carter 2525 South Pantano Parkway Unit 1 Tucson, AZ 85710-2791 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Northwest Center American Data Guard PO Box 94292 Seattle, WA 98124 | | 50.00 | NA | NA | 0.00 |
| | Pacific Office Equipment 314 East 8th Street Port Angeles, WA 98362 | | 325.79 | NA | NA | 0.00 |
| | Patrick Crossing Ministries Pastor Curtis J. Alderton PO Box 3057 Durango, CO 81302-3057 | | 7,000.00 | NA | NA | 0.00 |
| | Quill Corp. PO Box 37600 Philadelphia, PA 19101 | | 274.54 | NA | NA | 0.00 |
| | Rena Grant 4035 Latona Avenue NE Seattle, WA 98105 | | 2,218.75 | NA | NA | 0.00 |
| | Rena Grant 4035 Latona Avenue NE Seattle, WA 98105 | | 2,625.91 | NA | NA | 0.00 |
| | Renee Crow 9408 370th Place SE Snoqualmie, WA 98065 | | 1,422.66 | NA | NA | 0.00 |
| | Riley and Kristina Alderton 343 East 8th Avenue, Apt. 10 Durango, CO 81301 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert & Sharon Pinkston 16 Rue Warren Sherbrooke, Quebec J1M1N8 Canada | | 0.00 | NA | NA | 0.00 |
| | Ryan & Janelle Rupp 417 N. Nebraska Avenue Morton, IL 61550 | | 0.00 | NA | NA | 0.00 |
| | Ryan & Rebecca McGee 16308 Old Oak Drive Edmond, OK 73013 | | 0.00 | NA | NA | 0.00 |
| | Ryan Beck & Aaron Ross 10028 62nd Avenue S. Seattle, WA 98178 | | 423.68 | NA | NA | 0.00 |
| | Scott and Laura Thorne 10121 Brier Lane Santa Ana, CA 92705 | | 3,048.68 | NA | NA | 0.00 |
| | Shawn & Lisa Strutz W4740 Birch Rd Bonduel, WI 54107-8929 | | 0.00 | NA | NA | 0.00 |
| | Stephen & Janet Powers 196 Libby Lane Kelso, WA 98626 | | 0.00 | NA | NA | 0.00 |
| | Stephen and Sarah Carter 102 East Hillside Avenue Barrington, IL 60010 | | 1,524.34 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sunset Tech / Alfred S. Pavlak PO Box 2381 Port Angeles, WA 98362 | | 140.82 | NA | NA | 0.00 |
| | Temesgen Gebre Selassie Attorney PO Box 2087 Addis Ababa, Ethiopia 077 | | 23,750.00 | NA | NA | 0.00 |
| | Thomas & Heidi Babbo 606 Forest Avenue River Forest, IL 60305-1710 | | 0.00 | NA | NA | 0.00 |
| | Timothy and Amber Van Loo 523 Preston Drive Huxley, IA 50124 | | 3,979.59 | NA | NA | 0.00 |
| | Timothy and Angela Roser 1850 CR 400 E Enfield, IL 62835 | | 1,727.59 | NA | NA | 0.00 |
| | Todd & Krista Walcker 5909 Birdseye Court Ferndale, WA 98248 | | 0.00 | NA | NA | 0.00 |
| | US Bank Bankruptcy Department PO Box 5229 Cincinnati, OH 45201 | | 288.00 | NA | NA | 0.00 |
| | Zachary & Molly Rubin 9279 Monte Mar Drive Los Angeles, CA 90035-4147 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Zavos Junker Law Group 1400 Spring Street, #360 Silver Spring, MD 20910 | | 0.00 | NA | NA | 0.00 |
| 32B | ADAM AND KAREN LADUKE | 7100-000 | NA | 22,230.00 | 22,230.00 | 0.00 |
| 07 | AMERICAN DATA GUARD | 7100-000 | 50.00 | 365.00 | 365.00 | 0.00 |
| 14 | BERHANE LITTLE | 7100-000 | 15,121.04 | 15,121.04 | 15,121.04 | 0.00 |
| 47 | BRIAN & CHRISTA HUTZLER | 7100-000 | 1.00 | 12,350.00 | 12,350.00 | 0.00 |
| 30 | BRIAN & TIFFANY LINDNER | 7100-000 | 5,500.00 | 5,500.00 | 5,500.00 | 0.00 |
| 27 | CANNON FINANCIAL SERVICES INC | 7100-000 | 461.78 | 33,056.72 | 0.00 | 0.00 |
| 49 | CANON FINANCIAL SERVICES, INC. | 7100-000 | 461.78 | 30,233.73 | 30,233.73 | 0.00 |
| 24 | CHRISTA PIZZUTELLI | 7100-000 | NA | 3,000.00 | 3,000.00 | 0.00 |
| 17 | DEBRA SCOTT | 7100-000 | 670.41 | 1,267.77 | 1,267.77 | 0.00 |
| 36 | JAMES & MICHELLE TANIS | 7100-000 | NA | 7,500.00 | 7,500.00 | 0.00 |
| 29 | JAMES AND DIXIE DAVIS | 7100-000 | 1,016.23 | 1,016.23 | 1,016.23 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 43 | JAMES AND RACHEL HARRIS | 7100-000 | 423.68 | 423.68 | 423.68 | 0.00 |
| 22A | JEFERY SPANGLER | 7100-000 | NA | 4,725.00 | 4,725.00 | 0.00 |
| 26B | JOEL & HEATHER BEERS | 7100-000 | NA | 5,000.00 | 2,225.00 | 0.00 |
| 28B | JOELLY O'NEAL | 7100-000 | NA | 5,000.00 | 2,725.00 | 0.00 |
| 09 | JOHN & LAURA GAUDERMAN | 7100-000 | 1.00 | 16,550.00 | 16,550.00 | 0.00 |
| 37 | KANDI COLLINS | 7100-000 | 500.69 | 512.69 | 512.69 | 0.00 |
| 19 | KEVIN DEAN AND MELISSA KAY KRULIK | 7100-000 | NA | 7,890.00 | 7,890.00 | 0.00 |
| 38 | KIRSTEN HARMON | 7100-000 | 5,618.75 | 5,618.75 | 5,618.75 | 0.00 |
| 15 | MARK & JENNIFER BETTINGER | 7100-000 | 3,201.11 | 3,000.00 | 3,000.00 | 0.00 |
| 34 | MARK & TRACY FRECKLETON | 7100-000 | 728.88 | 728.88 | 728.88 | 0.00 |
| 42 | MARK AND LYNN FAGGION | 7100-000 | 1,651.37 | 1,786.58 | 1,786.58 | 0.00 |
| 48 | MARK AND MICHELLE WEEKS | 7100-000 | 1.00 | 15,550.00 | 15,550.00 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 40 | MICHAEL AND AMY GEER | 7100-000 | 700.00 | 12,000.00 | 12,000.00 | 0.00 |
| 39 | MICHAEL STOUT | 7100-000 | 5,500.00 | 6,800.00 | 6,800.00 | 0.00 |
| 33B | RENEE CROW | 7100-000 | 1,422.66 | 1,427.66 | 1,427.66 | 0.00 |
| 16 | ROBERT AND SHARON PINKSTON | 7100-000 | NA | 7,000.00 | 7,000.00 | 0.00 |
| 31 | RYAN & JANELLE RUPP | 7100-000 | 1.00 | 5,000.00 | 5,000.00 | 0.00 |
| 06 | SCOTT AND LAURA THORNE | 7100-000 | 3,048.68 | 3,361.15 | 3,361.15 | 0.00 |
| 05 | STEPHEN AND SARAH CARTER | 7100-000 | 1,524.34 | 1,546.46 | 1,546.46 | 0.00 |
| 04 | SUNSET TECH / ALFRED S. PAVLAK | 7100-000 | 140.82 | 140.82 | 140.82 | 0.00 |
| 18 | THOMAS RYAN MCGEE AND REBECCA LYNN | 7100-000 | 1.00 | 15,900.00 | 15,900.00 | 0.00 |
| 25B | TIM LAPLANTE AND GARY HREN | 7100-000 | 678.61 | 12.10 | 690.71 | 0.00 |
| 45 | TIMOTHY AND ANGELA ROSER | 7100-000 | 1,727.59 | 1,869.04 | 1,869.04 | 0.00 |
| 23 | US BANK | 7100-000 | 288.00 | 418.35 | 418.35 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 01 | US BANK NATIONAL ASSOCIATION | 7100-000 | NA | 82,405.46 | 0.00 | 0.00 |
| 02 | US BANK NATIONAL ASSOCIATION | 7100-000 | NA | 125,314.90 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 187,618.51 | $ 461,622.01 | $ 216,473.54 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:      14-12081      CMA   Judge: CHRISTOPHER M. ALSTON

Case Name:   ADOPTION ADVOCATES INTERNATIONAL

For Period Ending:  11/07/17

Trustee Name:                      JOHN S. PETERSON

Date Filed (f) or Converted (c):   03/21/14 (f)

341(a) Meeting Date:               04/22/14

Claims Bar Date:                   06/25/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | Commercial office building located at 709 South Pe | 300,000.00 | 95,029.91 | | 269,000.00 | FA |
| 2. | One or more properties may have been purchased by/ | Unknown | 0.00 | | 0.00 | FA |
| 3. | Business Checking Account - 6330 US Bank Port Ange | 30,983.50 | 0.00 | | 0.00 | FA |
| 4. | Miscellaneous medical supplies, toys, hygiene item | 150.00 | 150.00 | | 0.00 | FA |
| 5. | Miscellaneous clothing, quilts, shoes | 150.00 | 150.00 | | 0.00 | FA |
| 6. | Donations Due for March, 2014 Collected through Ne | 600.00 | 600.00 | | 0.00 | FA |
| 7. | Berrett-Kohler Royalty Payment - Monthly amount 23 | 16.53 | 16.53 | | 0.00 | FA |
| 8. | Potential Claim for Damages This claim is for $65, | 65,544.54 | 65,544.54 | | 0.00 | FA |
| 9. | Potential Claim for Damages This claim is for appr | 55,000.00 | 55,000.00 | | 0.00 | FA |
| 10. | One or more vehicles may have been purchased by/ow | 1.00 | 1.00 | | 0.00 | FA |
| 11. | Miscellaneous Office Furniture and Supplies Includ | 7,000.00 | 7,000.00 | | 3,000.00 | FA |
| 12. | DONATION (u) | 0.00 | 606.85 | | 606.85 | FA |
| 13. | REFUND (u) | 0.00 | 0.00 | | 100.00 | FA |
| 14. | VOID (u) | Unknown | 0.00 | | 0.00 | FA |
| INT. | Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $459,445.57          $224,098.83          $272,706.85          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR prepared.

Initial Projected Date of Final Report (TFR): 12/31/16          Current Projected Date of Final Report (TFR): 12/31/16

LFORM1

Ver: 20.00d

UST Form 101-7-TDR (10/1/2010) *(Page: 28)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:   14-12081 -CMA
Case Name:   ADOPTION ADVOCATES INTERNATIONAL

Taxpayer ID No:   *******5595
For Period Ending: 11/07/17

Trustee Name:   JOHN S. PETERSON
Bank Name:   UNION BANK
Account Number / CD #:   *******6893  Money Market

Blanket Bond (per case limit):  $ 63,926,457.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/02/14 | 12 | NETWORK FOR GOOD | | 1221-000 | 606.85 | | 606.85 |
| 04/15/14 | 13 | TOWNSEND COMMUNICATIONS INC. | | 1290-000 | 100.00 | | 706.85 |
| 04/24/14 | 004001 | Oregon Mutual Group | Acct. No. 270086612 | 2420-000 | | 361.00 | 345.85 |
| | | | Policy No. BSP349945 | | | | |
| 01/23/15 | | OLYMPIC PENINSULA TITLE | | | 100,490.50 | | 100,836.35 |
| | 1 | OLYMPIC PENINSULA TITLE | Memo Amount:        269,000.00 | 1110-000 | | | |
| | | US BANK | Memo Amount:    ( 128,953.17 ) | 4110-000 | | | |
| | | | PAYOFF FIRST MTG. | | | | |
| | | CLALLAM TREASURER | Memo Amount:    ( 17,299.78 ) | 4700-000 | | | |
| | | | PRIOR YEAR PROPERTY TAX LIENS | | | | |
| | | CLALLAM COUNTY | Memo Amount:    (     243.03 ) | 2820-000 | | | |
| | | | CURRENT YEAR PROPERTY TAX | | | | |
| | | CLALLAM COUNTY | Memo Amount:    (   4,793.20 ) | 2820-000 | | | |
| | | | EXCISE TAX | | | | |
| | | WINDERMER/REMAX | Memo Amount:    ( 18,830.00 ) | 3510-000 | | | |
| | | | REALTOR COMMISSION | | | | |
| | | OLYMPIC PENINSULA TITLE | Memo Amount:    (     828.30 ) | 2500-000 | | | |
| | | | TITLE REPORT | | | | |
| | | PENINSULA TITLE | Memo Amount:    (     562.02 ) | 2500-000 | | | |
| | | | MISC. CLOSING COST | | | | |
| | 11 | | Memo Amount:      3,000.00 | 1129-000 | | | |
| 02/11/15 | 004002 | JOHN S. PETERSON | REIMBURSEMENT OF COSTS RELATED TO SALE OF PROPERTY, INS. PER COURT ORDER 1/28/15 | 2200-000 | | 773.00 | 100,063.35 |
| 02/17/15 | | OREGON MUTULA INS. | INSURANCE REFUND | 2420-000 | | -181.00 | 100,244.35 |
| 02/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 29.42 | 100,214.93 |
| 03/12/15 | | US BANK | | 4110-000 | | -14.52 | 100,229.45 |
| 03/17/15 | 004003 | International Sureties Ltd. | 2015 bond payment | 2300-000 | | 69.55 | 100,159.90 |

Page Subtotals       101,197.35       1,037.45

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-12081 -CMA | | Trustee Name: | JOHN S. PETERSON |
| Case Name: | ADOPTION ADVOCATES INTERNATIONAL | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6893 Money Market |
| Taxpayer ID No: | *******5595 | | | |
| For Period Ending: | 11/07/17 | | Blanket Bond (per case limit): | $ 63,926,457.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 135.09 | 100,024.81 |
| 04/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 148.89 | 99,875.92 |
| 05/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 143.84 | 99,732.08 |
| 06/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 148.40 | 99,583.68 |
| 07/27/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 143.41 | 99,440.27 |
| 08/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 147.98 | 99,292.29 |
| 09/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 147.75 | 99,144.54 |
| 10/26/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 142.77 | 99,001.77 |
| 11/25/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 147.32 | 98,854.45 |
| 12/28/15 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 142.36 | 98,712.09 |
| 01/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.90 | 98,565.19 |
| 02/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 146.26 | 98,418.93 |
| 03/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 136.64 | 98,282.29 |
| 04/22/16 | 004004 | International Sureties, LTD | bond payment | 2300-000 | | 38.64 | 98,243.65 |
| | | 701 Poydras, Suite 420 | | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 04/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 145.83 | 98,097.82 |
| 05/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 140.93 | 97,956.89 |
| 06/27/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 145.36 | 97,811.53 |
| 07/25/16 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 140.48 | 97,671.05 |
| 09/20/16 | | Transfer to Acct #*******7636 | Final Posting Transfer | 9999-000 | | 97,671.05 | 0.00 |

Page Subtotals      0.00      100,159.90

Ver: 20.00d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-12081 -CMA | | Trustee Name: | JOHN S. PETERSON |
| Case Name: | ADOPTION ADVOCATES INTERNATIONAL | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******6893  Money Market |
| Taxpayer ID No: | *******5595 | | | |
| For Period Ending: | 11/07/17 | | Blanket Bond (per case limit): | $ 63,926,457.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Memo Allocation Receipts: 272,000.00 | COLUMN TOTALS | | 101,197.35 | 101,197.35 | 0.00 |
| | | Memo Allocation Disbursements: 171,509.50 | Less:  Bank Transfers/CD's | | 0.00 | 97,671.05 | |
| | | | Subtotal | | 101,197.35 | 3,526.30 | |
| | | Memo Allocation Net: 100,490.50 | Less:  Payments to Debtors | | | 0.00 | |
| | | | Net | | 101,197.35 | 3,526.30 | |

Page Subtotals                0.00                0.00

Ver: 20.00d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-12081 -CMA
Case Name: ADOPTION ADVOCATES INTERNATIONAL

Taxpayer ID No: *******5595
For Period Ending: 11/07/17

Trustee Name: JOHN S. PETERSON
Bank Name: UNION BANK
Account Number / CD #: *******7636 Checking Account

Blanket Bond (per case limit): $ 63,926,457.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/20/16 | | Transfer from Acct #*******6893 | Transfer In From MMA Account | 9999-000 | 97,671.05 | | 97,671.05 |
| 09/20/16 | | INTERNAL REVENUE SERVICE | MEDICARE | 5300-000 | | 181.83 | 97,489.22 |
| 09/20/16 | | INTERNAL REVENUE SERVICE | EMPLOYER MATCHING MEDICARE | 5800-000 | | 181.83 | 97,307.39 |
| 09/20/16 | | FEDERAL UNEMPLOYMENT INSURANCE | FEDERAL UNEMPLOYMENT INSURANCE | 5800-000 | | 752.38 | 96,555.01 |
| 09/20/16 | | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES FUNCTION 915 SECOND AVE., MS 244 SEATTLE, WA  98174-9902 | EMPLOYER MATCHING SOCIAL SECURITY | 5800-000 | | 777.47 | 95,777.54 |
| 09/20/16 | | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES FUNCTION 915 SECOND AVE., MS 244 SEATTLE, WA  98174-9902 | SOCIAL SECURITY | 5300-000 | | 777.49 | 95,000.05 |
| 09/20/16 | | INTERNAL REVENUE SERVICE SPECIAL PROCEDURES FUNCTION 915 SECOND AVE., MS 244 SEATTLE, WA  98174-9902 | FEDERAL INCOME TAX | 5300-000 | | 3,134.93 | 91,865.12 |
| 09/20/16 | 040001 | Rena Grant 4035 Latona Avenue NE Seattle, WA 98105 | Claim 03, Payment 100.00000% (viewable to the court staff) | 5300-000 | | 3,285.25 | 88,579.87 |
| 09/20/16 | 040002 | Carola Gay Knutson 734 Grauel Ramapo Rd Port Angeles, WA 98363 | Claim 08, Payment 100.00000% (viewable to the court staff) | 5300-000 | | 1,473.84 | 87,106.03 |
| 09/20/16 | 040003 | Kathy Sculley 122 Orcas Avenue Port Angeles, WA 98362 | Claim 11, Payment 100.00000% (viewable to the court staff) | 5300-000 | | 858.41 | 86,247.62 |
| 09/20/16 | 040004 | Johanna Sculley 415 South Race Street Port Angeles, WA 98362 | Claim 12, Payment 100.00000% (viewable to the court staff) | 5300-000 | | 314.43 | 85,933.19 |

Page Subtotals    97,671.05    11,737.86

Ver: 20.00d

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 14-12081 -CMA |
| Case Name: | ADOPTION ADVOCATES INTERNATIONAL |
| Taxpayer ID No: | *******5595 |
| For Period Ending: | 11/07/17 |

| | |
|---|---|
| Trustee Name: | JOHN S. PETERSON |
| Bank Name: | UNION BANK |
| Account Number / CD #: | *******7636  Checking Account |
| Blanket Bond (per case limit): | $ 63,926,457.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/20/16 | 040005 | Linda Lyver<br>PO Box 1312<br>Port Angeles, WA 98362 | Claim 13, Payment 100.00000%<br>(viewable to the court staff) | 5300-000 | | 567.00 | 85,366.19 |
| 09/20/16 | 040006 | Bradley J. Collins<br>2211 West 6th Street<br>Port Angeles, WA 98363-1403 | Claim 20, Payment 100.00000%<br>(viewable to the court staff) | 5300-000 | | 202.05 | 85,164.14 |
| 09/20/16 | 040007 | Ky Bower<br>1204 South Cedar Street, #2<br>Port Angeles, WA 98362 | Claim 21, Payment 100.00000%<br>(viewable to the court staff) | 5300-000 | | 822.07 | 84,342.07 |
| 09/20/16 | 040008 | Salem Miller<br>6875 Cameron Road<br>Athens, OH 45701 | Claim 35, Payment 100.00000%<br>(viewable to the court staff) | 5300-000 | | 922.55 | 83,419.52 |
| 08/11/17 | 040009 | JOHN S. PETERSON<br>PO BOX 829<br>KINGSTON, WA  98346 | Chapter 7 Compensation/Fees | 2100-000 | | 16,885.17 | 66,534.35 |
| 08/11/17 | 040010 | JOHN S. PETERSON<br>PO BOX 829<br>KINGSTON, WA  98346 | Chapter 7 Expenses | 2200-000 | | 959.58 | 65,574.77 |
| 08/11/17 | 040011 | CLERK OF THE US BANKRUPTCY COURT<br>700 STEWART ST., SUITE 6301<br>SEATTLE, WA  98101 | Clerk of the Courts Costs (includes | 2700-000 | | 11.00 | 65,563.77 |
| 08/11/17 | 040012 | Quackenbush Hansen & Cogar, PLLC<br>PO Box 625<br>Monroe, WA  98272 | Accountant for Trustee Fees (Other | | | 4,948.29 | 60,615.48 |
| | | | Fees          4,929.00 | 3410-000 | | | |
| | | | Expenses          19.29 | 3420-000 | | | |
| 08/11/17 | 040013 | ALAN J. WENOKUR<br>600 STEWART ST., SUITE 1300<br>SEATTLE, WA  98101 | Attorney for Trustee Fees (Other Fi<br>estate attorney fees and costs | | | 5,551.70 | 55,063.78 |
| | | | Fees          5,485.00 | 3210-000 | | | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 30,869.41 |

Ver: 20.00d

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 14-12081 -CMA | | Trustee Name: | JOHN S. PETERSON |
|---|---|---|---|---|
| Case Name: | ADOPTION ADVOCATES INTERNATIONAL | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******7636 Checking Account |
| Taxpayer ID No: | *******5595 | | | |
| For Period Ending: | 11/07/17 | | Blanket Bond (per case limit): | $ 63,926,457.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Expenses 66.70 | 3220-000 | | | |
| 08/11/17 | 040014 | KEVIN DEAN AND MELISSA KRULIK 303 E. WASHINGTON ST. LEBANON, IN 46502 | Claim 19AMENDED, Payment 100.00000% | 5600-000 | | 2,775.00 | 52,288.78 |
| 08/11/17 | 040015 | Jefery & Amanda Spangler 7407A Metzger Avenue Jber, AK 99506 | Claim 22, Payment 100.00000% (viewable to the court staff) | 5600-000 | | 2,775.00 | 49,513.78 |
| 08/11/17 | 040016 | Joel & Heather Beers c/o Lynda M Talkington Esq 307 Exeter Road Hampton Falss NH 03844 | Claim 26, Payment 100.00000% (viewable to the court staff) | 5600-000 | | 2,775.00 | 46,738.78 |
| 08/11/17 | 040017 | Joely O'Neal 7454 Brindle Trail Kalamazoo, MI 49009 | Claim 28, Payment 100.00000% | 5600-000 | | 2,775.00 | 43,963.78 |
| 08/11/17 | 040018 | Adam & Karen LaDuke P.O. Box 167 Alexander, NY 14005-0167 | Claim 32, Payment 100.00000% (viewable to the court staff) | 5600-000 | | 2,775.00 | 41,188.78 |
| 08/11/17 | 040019 | Keith David Elliston 9412 Mystic Oaks Trial Austin TX 78750 | Claim 44, Payment 100.00000% (viewable to the court staff) | 5600-000 | | 1,300.00 | 39,888.78 |
| 08/11/17 | 040020 | Lauren Lynn Elliston Keith David Elliston 9412 Mystic Oaks Trial Austin TX 78750 | Claim 46, Payment 100.00000% (viewable to the court staff) | 5600-000 | | 2,500.00 | 37,388.78 |
| 08/11/17 | 040021 | WA DEPARTMENT OF REVENUE ATTN: Bob Palen 2101 Fourth Ave Suite 1400 Seattle, WA 98121-2300 | Claim 10, Payment 31.83615% | 5800-000 | | 37,388.70 | 0.08 |
| 10/11/17 | 040022 | WA DEPARTMENT OF REVENUE | PAYMENT PER TFR, NFR | 5800-000 | | 0.08 | 0.00 |

Page Subtotals 0.00 55,063.78

Ver: 20.00d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-12081 -CMA
Case Name: ADOPTION ADVOCATES INTERNATIONAL

Taxpayer ID No: *******5595
For Period Ending: 11/07/17

Trustee Name: JOHN S. PETERSON
Bank Name: UNION BANK
Account Number / CD #: *******7636 Checking Account

Blanket Bond (per case limit): $ 63,926,457.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | ATTN: Bob Palen<br>2101 Fourth Ave<br>Suite 1400<br>Seattle, WA 98121-2300 | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 97,671.05 | 97,671.05 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 97,671.05 | 0.00 | |
| | | Subtotal | | 0.00 | 97,671.05 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 0.00 | 97,671.05 | |

| | | | | NET | ACCOUNT |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 272,000.00 | TOTAL - ALL ACCOUNTS | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 171,509.50 | Money Market - *******6893 | 101,197.35 | 3,526.30 | 0.00 |
| | | Checking Account - ********7636 | 0.00 | 97,671.05 | 0.00 |
| Total Memo Allocation Net: | 100,490.50 | | ------------------------ | ------------------------ | ------------------------ |
| | | | 101,197.35 | 101,197.35 | 0.00 |
| | | | ============= | ============= | ============= |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    0.00

Ver: 20.00d